THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLASTICS INDUSTRY ASSOCIATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROB BONTA, in his Official Capacity as Attorney General of California, <br><br> *Defendant.* | Civil Action No. 1:24-cv-01542-APM |

**STATUS REPORT**

Per the request of the Court, Defendant, by his undersigned counsel, respectfully submits this Status Report on behalf of Defendant Rob Bonta, in his official capacity as Attorney General of California.

Pursuant to discussions between the parties during the Court's status hearing on July 19, 2024, to accommodate the parties' scheduling and coordinate the efficient consideration of both matters, Defendant filed a request for a continuance of the hearing on the California Superior Court's order to show cause in the *People of the State of California ex. rel. Rob Bonta v. The Plastics Industry Association, Inc.*, matter (Case No. 24CV010508), which was granted by order of the court on August 1, 2024. The hearing on the Order to Show Cause is continued to September 12, 2024.

Dated: August 2, 2024                                                              Respectfully submitted,

| *Attorneys for Defendant: Rob Bonta, in his Official Capacity* | *Attorneys for Plaintiff: Plastics Industry Association, Inc.* |
|---|---|
| <u>/s/Katherine Schoon</u><br><br>Deborah Smith<br>(CA bar No. 208960)<br>Vanessa Morrison<br>(CA bar No. 64441)<br>Katherine Schoon<br>(CA Bar No. 344195)<br>Liz Rumsey<br>(CA Bar No. 257908)<br>California Department of Justice<br>Office of the Attorney General<br>600 West Broadway Suite 1800<br>San Diego, CA 92101<br>Katherine.schoon@doj.ca.gov<br>Deborah.smith@doj.ca.gov<br>Vanessa.morrison@doj.ca.gov | <u>/s/Michael W. Kirk</u><br><br>Michael W. Kirk<br>(DC Bar No. 424648)<br>Adam P. Laxalt<br>(DC Bar No. 1670779)<br>John D. Ohlendorf<br>(DC Bar No. 1024544)<br>Athanasia O. Livas<br>(DC Bar No. 90011199)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>mkirk@cooperkirk.com<br>alaxalt@cooperkirk.com<br>johlendorf@cooperkirk.com<br>alivas@cooperkirk.com<br><br>Manesh Kumar Rath<br>(DC Bar No. 457835)<br>KELLER HECKMAN LLP<br>1001 G Street NW<br>Suite 500 West<br>Washington, DC 20001<br>rath@khlaw.com |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Plastics Industry Association v. Rob Bonta** | No. | **24-cv-01542-APM** |

I hereby certify that on **August 2, 2024**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **August 2, 2024**, at San Diego, California.

| M. Goolsby | _[signature]_ |
|---|---|
| Declarant | Signature |

SD2024602799
84663915.docx