UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PLASTICS INDUSTRY ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>ROB BONTA, in his Official Capacity as Attorney General of California,<br><br>*Defendant.* | Civil Action No. 24-cv-01542-APM<br><br>Hon. Amit P. Mehta |

### DEFENDANT'S OPPOSITION
### TO PLAINTIFF'S SUPPLEMENTAL BRIEF

Defendant Rob Bonta, Attorney General of the State of California (hereinafter, and together with his office, "the Attorney General"), hereby objects to the Supplemental Brief that was filed by Plaintiff Plastics Industry Association, Inc. ("PLASTICS"), on August 30, 2024 (ECF 18), on the ground it violates Federal Rule of Civil Procedure 11(b), and this Court's order at the hearing on August 28, 2024.

It was the Attorney General's understanding that the parties were to submit additional *authorities* regarding the legal issues discussed at oral argument, but that the record would be considered closed to further argument. Specifically, as indicated in the copy of the transcript filed with the Court (ECF 19, Transcript or Preliminary Injunction Via Zoom Proceedings), the Court remarked, "I do think I need to consider the record closed at the point, because if I were to open it up, it would invite further briefing from the

AG." *Id.* at 80:12–14. The Court then stated, "So I'll just leave the record as is, and certainly look forward to any additional case law and authorities that you think are relevant to the issues that we've talked about today … ." *Id*. at 80:15–18.

If the Court is inclined to accept PLASTICS' Supplemental Brief, the Attorney General respectfully requests leave to file a response.

Dated September 4, 2024    Respectfully submitted,

ROB BONTA
*Attorney General of California*
DANIEL A. OLIVAS
Senior Assistant Attorney General
VANESSA MORRISON
Supervising Deputy Attorney General

/s/ *Katherine Schoon*
KATHERINE SCHOON
ELIZABETH B. RUMSEY
*Deputy Attorneys General*
*Attorneys for Defendant Rob Bonta, in his Official Capacity as Attorney General of California*